Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENERTRODE, INC.

Plaintiff(s),

v.

GENERAL CAPACITOR CO. LIMITED.,
JIANPING ZHENG aka JIM SHENG, GENERAL
CAPACITOR INTERNATIONAL, INC.
GENERAL CAPACITOR, LLC    Defendant(s).

Case No: 4:16-cv-02458 HSG

APPLICATION FOR
ADMISSION OF ATTORNEY
PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, G. DONOVAN CONWELL, JR., an active member in good standing of the bar of FLORIDA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: GENERAL CAPACITOR CO. LIMITED ET AL. in the above-entitled action. My local co-counsel in this case is PERRY J. NARANCIC, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 12610 Race Track Road, Ste. 200, Tampa, FL 33626 | 3705 Haven Avenue, Ste. 106 Menlo Park CA |
| MY TELEPHONE # OF RECORD: (813) 282-8000 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (650) 655-2800 |
| MY EMAIL ADDRESS OF RECORD: dconwell@conwellbusinesslaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: pjn@lexnalytica.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 0371319.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/13/16

G. DONOVAN CONWELL, JR.
APPLICANT

---

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of G. DONOVAN CONWELL, JR. is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/17/2016

UNITED STATES DISTRICT JUDGE



## The Florida Bar

651 East Jefferson Street
Tallahassee, Florida 32399-2300

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )

In Re:  371319
George Donovan Conwell, Jr.
Conwell Business Law, P.A.
12610 Race Track Rd., Ste. 200
Tampa, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on October 26, 1983.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is an active member of The Florida Bar in good standing.

Dated this 12 day of May, 2016.

*Pam Gerard* (signature)

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG/JM:ksw2:R10