1

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA  94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

2

3

4

5

Attorneys for All Defendants
GENERAL CAPACITOR CO. LIMITED., JIANPING
ZHENG aka JIM ZHENG, GENERAL CAPACITOR
INTERNATIONAL, INC., GENERAL CAPACITOR,
LLC.

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

11

ENERTRODE, INC.

CASE NO. 4:16-cv-02458 HSG

12

Plaintiff,

13

v.

STIPULATION AND ORDER TO
EXTEND DEADLINE TO CONDUCT
MEDIATION

14

15

GENERAL CAPACITOR CO. LIMITED.,
JIANPING ZHENG aka JIM ZHENG, GENERAL
CAPACITOR INTERNATIONAL, INC.,
GENERAL CAPACITOR, LLC, AND DOES 1-100.

16

17

Defendants.

18

19

20

Pursuant to Local Rule 7-12, the parties in this case, Enertrode, Inc. ("Plaintiff") and

21

General Capacitor Co. Limited., Jianping Zheng aka Jim Zheng, General Capacitor International,

22

Inc., General Capacitor, LLC (together, "Defendants") submit this stipulation and request for an

23

order extending the deadline to conduct mediation in this case (the "Proposed Order").

24

WHEREAS this action was originally filed in Alameda County Superior Court on March

25

25, 2016, and was removed to this Court on May 5, 2016 (Dkt. No. 1);

26

WHEREAS on May 5, 2016, Defendants filed a separate action against Linda Zhong

27

("Zhong") a former employee and president of EnterTrode, Inc., (Dkt. No. 1, Case No. 16-265,

28

1

EnerTrode, Inc. v. General Capacitor Co. Ltd et. al.
Case No. 16-CV- 2458 HSG                                            Stipulation and [Proposed] Order

1   filed May, 5, 2016 (N.D. Fla.) ( the "Florida Action");

2       WHEREAS on May 12, 2016, Defendants filed a Motion to Dismiss for Lack of

3   Jurisdiction or Transfer Venue (Dkt. No. 10) in this Court, which is still pending;

4       WHEREAS on May 25, 2016, Zhong (the defendant in the Florida Action), filed a

5   motion to transfer the Florida Action to this Court (Florida Action, Dkt. No. 4);

6       WHEREAS on July 15, 2016, this Court ordered that the parties hold an ADR session by

7   January 15, 2017 (Dkt. No. 20);

8       WHEREAS on September 9, 2016, the Florida court ordered that the Florida Action be

9   stayed until a decision by this Court on defendants' pending Motion to Dismiss for Lack of

10  Jurisdiction or Transfer Venue (See Notice of Ruling, Dkt. No. 23);

11      WHEREAS the parties conducted an initial mediation scheduling conference on

12  November 8, 2016 with Mr. Robert Ebe, wherein all parties noted that no discovery has been

13  taken in this case and that the case was not postured for meaningful mediation;

14      WHEREAS all parties, and Mr. Ebe, agreed that it would be most efficient to delay

15  further ADR proceedings until this Court rules on the pending Motion to Dismiss for Lack of

16  Jurisdiction or Transfer Venue (Dkt. No. 10);

17

18      NOW THEREFORE, the parties respectfully request that this Court order that the

19  deadline to conduct mediation in this case be extended to ninety (90) days after any ruling on the

20  pending Motion to Dismiss for Lack of Jurisdiction or Transfer Venue (Dkt. No. 10).

21

22  IT IS SO STIPULATED.

23

24

25

26

27

28

EnerTrode, Inc. v. General Capacitor Co. Ltd et. al.
Case No. 16-CV- 2458 HSG                                    Stipulation and [Proposed] Order

1

2    Dated: November 14, 2016

                                                         /s/ Perry J. Narancic
3
                                                  Perry J. Narancic, SBN 206820
4                                                 LEXANALYTICA, PC
                                                  2225 E. Bayshore Road, Suite 200
5                                                 Palo Alto, CA  94303
                                                  www.lexanalytica.com
6                                                 pjn@lexnalytica.com
                                                  Tel: 650-655-2800
7

8                                                 Attorney for all Defendants
                                                  GENERAL CAPACITOR CO.
9                                                 LIMITED., JIANPING ZHENG aka
                                                  JIM ZHENG, GENERAL
10                                                CAPACITOR INTERNATIONAL,
                                                  INC., GENERAL CAPACITOR, LLC
11

12

13                                                /s/ Michael W. Battin

14                                                Michael W. Batttin, SBN 183870
                                                  Navigato & Battin, LLP
15                                                755 West A Street, Suite 150
                                                  San Diego, CA  92101
16
                                                  Attorney for Plaintiff
17                                                ENERTRODE, INC.

18

19

20

21

22

23

24

25

26

27

28
                                            3

EnerTrode, Inc. v. General Capacitor Co. Ltd et. al.
Case No. 16-CV- 2458 HSG                          Stipulation and [Proposed] Order

ORDER

GOOD CAUSE appearing therefore, the deadline to conduct mediation in this action is extended to ninety (90) days after any ruling by this Court on the pending Motion to Dismiss for Lack of Jurisdiction or Transfer Venue (Dkt. No. 10).

IT IS SO ORDERED.

DATED:   November 16, 2016          By: _____

Hon. Haywood S. Gilliam, Jr.
United States District Judge

4

EnerTrode, Inc. v. General Capacitor Co. Ltd et. al.
Case No. 16-CV- 2458 HSG                    Stipulation and [Proposed] Order