Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

Attorneys for All Defendants
GENERAL CAPACITOR CO. LIMITED., JIANPING
ZHENG aka JIM ZHENG, GENERAL CAPACITOR
INTERNATIONAL, INC., GENERAL CAPACITOR,
LLC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERTRODE, INC.<br><br>                              Plaintiff,<br><br>     v.<br><br>GENERAL CAPACITOR CO. LIMITED.,<br>JIANPING ZHENG aka JIM ZHENG, GENERAL<br>CAPACITOR INTERNATIONAL, INC.,<br>GENERAL CAPACITOR, LLC, AND DOES 1-100.<br><br>                              Defendants. | CASE NO. 4:16-cv-02458 HSG<br><br>STIPULATION AND ORDER TO<br>EXTEND TIME TO RESPOND TO<br>COMPLAINT |

Pursuant to Local Rule 6-2, the parties in this case, Enertrode, Inc. ("Plaintiff") and General Capacitor Co. Limited., Jianping Zheng aka Jim Zheng, General Capacitor International, Inc., General Capacitor, LLC (together, "Defendants") submit this stipulation to extend until January 23, 2017 the time for Defendants to respond to the complaint in this action.

WHEREAS this action was originally filed in Alameda County Superior Court on March 25, 2016, and was removed to this Court on May 5, 2016 (Dkt. No. 1);

WHEREAS on May 5, 2016, Defendants filed a separate action against Linda Zhong ("Zhong") a former employee and president of EnterTrode, Inc., the Plainitff in the present

action (Dkt. No. 1, Case No. 16-265, filed May, 5, 2016 (N.D. Fla.) (the "Florida Action");

WHEREAS on May 12, 2016, Defendants filed a Motion to Dismiss for Lack of Jurisdiction or Transfer Venue (Dkt. No. 10) in this Court, which was denied on December 29, 2016 (Dkt. No.29).

WHEREAS on May 25, 2016, Zhong (the defendant in the Florida Action), filed a motion to transfer the Florida Action to this District (Florida Action, Dkt. No. 4);

WHEREAS on January 12, 2017, the Florida court issued an order transferring the Florida Action to this District (Florida Action, Dkt. No. 29);

WHEREAS under Fed. R. Civ. Proc. 12(a)(4), Defendants must file a response to Plaintiff's complaint in this action within fourteen (14) days from this Court's ruling at Dkt. No. 29;

WHEREAS Defendants request the Extension on the grounds that the ruling by the court in the Florida Action makes ripe Defendants' intent to seek consolidation of the Florida Action with the within action.  (Declaration of Perry J. Narancic ISO Stipulation to Extend Time for Defendants to Respond to Complaint ("Narancic Decl."); ¶ 9).

WHEREAS such a consolidation would advance judicial efficiency by having all related claims between the Plaintiff, Defendants and Zhong resolved in a single proceeding;

WHEREAS Plaintiff's counsel has agreed to stipulate such a proposed consolidation (*Id*.);

WHEREAS the Extension would permit Defendants to consider the content of their response, while the Court considers the parties' forthcoming stipulation for consolidation;

WHEREAS the content of such a responses may change, depending on whether the Court grants the parties' planned stipulation for consolidation (*Id*.);

WHEREAS Plaintiff intends to file the consolidation stipulation on January 17, 2017, together with the parties' Joint Case Management Statement;

WHEREAS Plaintiff's counsel does not oppose the Extension and has concurred in the filing of this stipulation;

2

EnerTrode, Inc. v. General Capacitor Co. Ltd et. al.
Case No. 16-CV- 2458 HSG                                           Stipulation and [Proposed] Order

1   WHEREAS the Extension will not alter the date of any event or any deadline already fixed

2   by Court order.  Nor will the Extension have any effect on the schedule of this case, since the

3   Court has set a case management hearing on January 24, 2017 to consider a case schedule

4   (Narancic Decl., ¶ 11);

5   WHEREAS the only other request for changing time made by the parties has been a request

6   to extend time to conduct mediation (Dkt. No. 26), which was granted by the Court (Dkt. No. 28).

7   The parties will participate in mediation on Feb. 2, 2016 (Narancic Decl., P12).

8

9   NOW THEREFORE, the parties respectfully request that this Court order that the

10  deadline for Defendants to respond to Plaintiff's complaint is extended through January 23,

11  2017.

12

13  IT IS SO STIPULATED.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EnerTrode, Inc. v. General Capacitor Co. Ltd et. al.
Case No. 16-CV- 2458 HSG                                    Stipulation and [Proposed] Order

1

2   Dated: January 12, 2017

3                                                          /s/ Perry J. Narancic

4                                                          Perry J. Narancic, SBN 206820
                                                           LEXANALYTICA, PC
5                                                          2225 E. Bayshore Road, Suite 200
                                                           Palo Alto, CA 94303
6                                                          www.lexanalytica.com
                                                           pjn@lexnalytica.com
7                                                          Tel: 650-655-2800

8                                                          Attorney for all Defendants
                                                           GENERAL CAPACITOR CO.
9                                                          LIMITED., JIANPING ZHENG aka
                                                           JIM ZHENG, GENERAL
10                                                         CAPACITOR INTERNATIONAL,
                                                           INC., GENERAL CAPACITOR, LLC
11

12

13                                                         /s/ Michael W. Battin

14                                                         Michael W. Batttin, SBN 183870
                                                           Navigato & Battin, LLP
15                                                         755 West A Street, Suite 150
                                                           San Diego, CA 92101
16
                                                           Attorney for Plaintiff
17                                                         ENERTRODE, INC.

18

19

20

21

22

23

24

25

26

27

28

EnerTrode, Inc. v. General Capacitor Co. Ltd et. al.
Case No. 16-CV- 2458 HSG                                 Stipulation and [Proposed] Order

1

ORDER

2          GOOD CAUSE appearing therefore, the deadline for Defendants to respond to Plaintiff's

3 complaint is extended through January 23, 2017.

4

5

6   IT IS SO ORDERED.

7 DATE:  January 18, 2017

8                                          By: _Haywood S. Gill Jr._

9

10                                          Hon. Haywood S. Gilliam, Jr.
                                            United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EnerTrode, Inc. v. General Capacitor Co. Ltd et. al.
Case No. 16-CV- 2458 HSG                                    Stipulation and [Proposed] Order

ATTESTATION

I, Perry J. Narancic, am the ECF user whose ID and password are being used to file this document.  In compliance with Local Rule 5-1(i)(3), I hereby attest that all signatories hereto have concurred in this filing.

Dated: January 12, 2017

/s/ Perry J. Narancic

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA  94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

EnerTrode, Inc. v. General Capacitor Co. Ltd et. al.
Case No. 16-CV- 2458 HSG                                    Stipulation and [Proposed] Order