UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENERAL CAPACITOR INTERNATIONAL, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>LINDA ZHONG,<br><br>Defendant. | Case No. 17-cv-00179-VC<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Hon. Haywood S. Gilliam for consideration of whether the case is related to *Enertrode, Inc. v. General Capacitor Co. Ltd.*, No. 16-cv-02458-HSG.

**IT IS SO ORDERED.**

Dated: January 25, 2017

VINCE CHHABRIA
United States District Judge