[Counsel listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENERTRODE, INC.<br><br>                     Plaintiff,<br><br>       v.<br><br>GENERAL CAPACITOR CO. LIMITED.,<br>JIANPING ZHENG aka JIM ZHENG, GENERAL<br>CAPACITOR INTERNATIONAL, INC.,<br>GENERAL CAPACITOR, LLC, AND DOES 1-100.<br><br>                     Defendants. | CASE NO. 3:16-cv-02458-HSG<br><br>**APPLICATION TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE BY COUNSEL FOR DEFENDANTS GENERAL CAPACITOR CO. LIMITED., JIANPING ZHENG aka JIM ZHENG; GENERAL CAPACITOR INTERNATIONAL, INC., GENERAL CAPACITOR, LLC.**<br><br>Case Management Conference:<br><br>Date:        February 28, 2017<br>Time:        2:00 p.m.<br>Courtroom: 10 (Hon. Haywood Gilliam) |

G. Donovan Conwell, Jr., lead counsel for Defendants General Capacitor Co. Limited,

Jianping Zheng aka Jim Zheng; General Capacitor International, Inc.; and General Capacitor, LLC

(collectively "Defendants") hereby applies to this Court for permission to appear telephonically at

the Case Management Conference set for February 28, 2017 at 2:00 pm.

1

1
2

## I.     DISCUSSION

3
4

**A.     THE COURT CAN ALLOW ATTENDANCE AT THE CASE MANAGEMENT CONFERENCE BY TELEPHONE**

5

The Court can permit a party to attend a case management conference by telephone. Adv.

6

Comm. Note to 2015 Amendment to Fed. R. Civ. P. 16(b)(1)(B)("The conference may be held in

7

person, by telephone, or by more sophisticated electronic means.").    See also Civil L.R. 16-10(a)

8

in connection with initial case management conferences. ( "Requests to participate in the

9

conference by telephone must be filed and served at least 7 days before the conference…").

10

**B.     THERE IS GOOD CAUSE TO ALLOW COUNSEL TO APPEAR TELEPHONICALLY**

11

12

There is good cause to allow Defendants' lead counsel to appear telephonically.

13

Defendants' lead counsel's office (and residence) is in Tampa, Florida. Declaration of George

14

Donovan Conwell, Jr., ¶ 2, filed concurrently herewith. While Defendants' lead counsel appeared

15

in person for the recent Case Management Conference and Mediation Hearing, Defendants' lead

16

counsel can effectively attend and meaningfully participate in the Case Management Conference,

17

via telephone. Id. Defendants' lead counsel will have full authority to make decisions about any

18

issue that may come up during the conference. Id.  Additionally, co-counsel Perry J. Narancic, will

19

20

appear in person at the Case Management Conference.  Therefore, there will be no impact on the

21

efficacy of the Conference and there is good cause to allow Defendants' lead counsel to appear

22

telephonically.

23

24

## II.     CONCLUSION

25

26

For the foregoing reason, Defendants, respectfully requests that this Court grant the instant application.

27
28

Enertrode, Inc. v. General Capacitor Co. Ltd et. al.
Application to Appear At Case Management Conference by Telephone and [Proposed] Order

1  Dated: February 17, 2017

2

3                                         By: */s/ Perry J. Narancic*
                                          Perry J. Narancic
4                                         Perry J. Narancic, SBN 206820
                                          **LEXANALYTICA, PC**
5                                         2225 E. Bayshore Road, Suite 200
                                          Palo Alto, CA 94303
6                                         www.lexanalytica.com
                                          pjn@lexanalytica.com
7                                         Tel: 650-655-2800

8

9                                         G. Donovan Conwell, Jr.
                                          Florida Bar No.: 0371319
10                                        **CONWELL BUSINESS LAW, LLLP**
                                          12610 Race Track Road, Suite 200
11                                        Tampa, FL 33626
                                          Tel. (813) 282-8000
12                                        Fax: (813) 855-2631
                                          dconwell@ConwellBusinessLaw.com
13                                        eservice@ConwellBusinessLaw.com

14

15                                        Charles T. (Chris) Compton, SBN 56776
                                          **COMPTON ANTITRUST LAW OFFICE**
16                                        3 Franciscan Ridge
                                          Portola Valley, CA 94028
17                                        ctc.compton@gmail.com
                                          Tel: 650-714-8556
18

19                                        Attorneys for all Counterclaimants
                                          GENERAL CAPACITOR CO. LIMITED.,
20                                        GENERAL CAPACITOR INTERNATIONAL, INC.,
                                          GENERAL CAPACITOR, LLC
21

22

23

24

25

26

27

28

3

[PROPOSED] ORDER

GOOD CAUSE appearing therefore, Defendants' counsel G. Donovan Conwell, Jr., lead counsel for Defendants General Capacitor Co. Limited, Jianping Zheng aka Jim Zheng; General Capacitor International, Inc.; and General Capacitor, LLC, may appear telephonically at the Case Management Conference set for February 28, 2017 at 2:00 pm.   Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

DATE: 2/21/2017

By: _____

Hon. Haywood S. Gilliam, Jr.
United States District Judge

---

Enertrode, Inc. v. General Capacitor Co. Ltd et. al.
Application to Appear At Case Management Conference by Telephone and [Proposed] Order

4