UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GENERAL CAPACITOR | Case No. 16-cv-02458-HSG |
| | Consolidated Case: 17-cv-00179-HSG |
| | **ORDER DENYING STIPULATION WITH PROPOSED ORDER, AND SETTING SCHEDULE** |
| | Re: Dkt. No. 56 |

On March 10, 2017, the parties filed a stipulation with a proposed order setting a case schedule. Dkt. No. 56. The Court hereby **DENIES** the stipulation and proposed order and **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Litigation Event | Date |
|---|---|
| Amendment of Pleadings and/or Joinder of New Parties | June 1, 2017 |
| Close of Fact Discovery | September 30, 2017 |
| Exchange Opening Expert Reports | October 15, 2017 |
| Exchange Rebuttal Expert Reports | November 15, 2017 |
| Close of Expert Discovery | December 15, 2017 |
| Dispositive Motions Hearing Deadline | February 22, 2018, at 2:00 p.m. |
| Pretrial Conference | May 22, 2018, at 3:00 p.m. |
| Jury Trial (10 days) | June 4, 2018, at 8:30 a.m. |

**IT IS SO ORDERED.**

Dated: 3/15/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge