(Counsel listed on Signature Page)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DVISION

In Re General Capacitor

CASE NO. 4:16-cv-02458 HSG

Consolidated with Case No. 17-cv-179 HSG

STIPULATION AND ORDER TO
EXTEND TIME TO FILE AN
OPPOSITION AND REPLY IN
ENERTRODE INC.'S MOTION TO
AMEND (DKT. NO. 101)

Pursuant to Local Rule 6-2, the parties in this case, Enertrode, Inc. ("Enertrode') and Linda Zhong ("Zhong") (together, "the EnerTrode Parties") and General Capacitor Co. Limited., Jianping Zheng aka Jim Zheng, General Capacitor International, Inc., General Capacitor, LLC (together, "General Capacitor") submit this stipulation to extend the time: (a) for General Capacitor to respond to Enertrode's Motion to Amend (Dkt. No. 101) (the "Amendment Motion") and (b) for Enertrode to reply thereto.

WHEREAS, under the Civil Local Rules, General Capacitor's opposition to the Amendment Motion is due August 18, 2017;

1

1     WHEREAS, under the Civil Local Rules, Enertrode's reply is due by August 25, 2017.

2     WHEREAS the parties have been deeply engaged in discovery in this case during the

3 month of August, and their lead counsel are in preparation to conduct depositions in this case in

4 Hong Kong during the week of August 21, 2017;

5     WHEREAS the parties are unable to prepare their filings concerning the Amendment

6 Motion within the period envisaged by the Civil Local Rules due to intense sets of discovery,

7 including a number of overseas depositions next week;

8     WHEREAS the requested extension will not have any impact on the schedule for this case

9 since it does not affect any hearing dates or other dates set by Court order.

11     NOW THEREFORE, the parties respectfully request that this Court: (a) extend by one

12 court day the time for General Capacitor to oppose Enertrode's Motion to Amend (Dkt. No.

13 101), and (b) extend by two court days the time for Enertrode to reply to such opposition.

16 IT IS SO STIPULATED.

17 Dated: August 18, 2017

/s/ Perry J. Narancic

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

Attorney for all Defendants
GENERAL CAPACITOR CO.
LIMITED., JIANPING ZHENG aka
JIM ZHENG, GENERAL
CAPACITOR INTERNATIONAL,
INC., GENERAL CAPACITOR, LLC

/s/ Michael W. Battin

Michael W. Battin, SBN 183870
Navigato & Battin, LLP
755 West A Street, Suite 150
San Diego, CA 92101

Attorney for ENERTRODE, INC. and
LINDA ZHONG

ORDER

GOOD CAUSE appearing therefore, the deadline for General Capacitor to oppose Enertrode's Motion to Amend (Dkt. No. 101) is extended by one court day, and the deadline for Enertrode to reply to such opposition is extended by two court days.

IT IS SO ORDERED.

DATE:  August 21, 2017

By: _Haywood S. Gill Jr._

Hon. Haywood S. Gilliam, Jr.
United States District Judge