# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE GENERAL CAPACITOR | CASE NO. 16-cv-02458 HSG<br>Consolidated Case: 17-cv-00179 HSG<br><br>**ORDER GRANTING ADMINISTRATIVE MOTION TO WITHDRAW AS COUNSEL ON CONSENT OF CLIENT**<br><br>Hon. Haywood S. Gilliam, Jr. |

**ORDER**

Plaintiffs/Counter-defendants ENERTRODE, INC. and LINDA ZHONG ("Plaintiffs") and the law firm of BERKES CRANE ROBINSON & SEAL LLP and its attorneys Peter J. Marcus, Steven M. Haskell and Laurie S. Julien's (collectively "BCRS") have filed an Administrative Motion for Withdrawal on Consent of Client ("Motion"), seeking an order permitting BCRS' withdraw from further representation of Plaintiffs in this action. Whereas the Court finds Good Cause therefor, **NOW THEREFORE,**

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. Reasonable notice of the Motion was provided to Plaintiffs in advance of its filing.

2. Following their receipt of the Motion and supporting papers, Plaintiffs provided their written consent both to BCRS' withdrawal and to the filing of the Motion.

3. Co-Counsel Michael W. Battin, of Navigato & Battin, LLP also consented to the relief requested and was a signatory to the moving papers. Mr. Battin and Navigato & Battin, LLP presently represents Plaintiffs, represented them prior to BCRS' appearance, and will continue to represent them on all matters related to this action following the withdrawal, thereby obviating any need to substitute in new counsel. Mr. Battin has represented he and his firm will continue to be served on all papers on behalf of Plaintiffs, and will continue to serve as their counsel.

**4.** Withdrawal is appropriate in these circumstances. Accordingly, the Motion is hereby **GRANTED.** Leave is hereby granted for BERKES CRANE ROBINSON & SEAL LLP and its attorneys Peter J. Marcus, Steven M. Haskell and Laurie S. Julien to withdraw from further representation of Plaintiffs in this action. Their withdrawal is hereby ORDERED, effective as of the date this Order is entered.

**IT IS SO ORDERED.**

Dated: November 27, 2017

By: /s/ Haywood S. Gilliam, Jr.
Hon. Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT COURT JUDGE

Case No. 16-cv-02458 HSG

ORDER