UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERTRODE, INC., <br>     Plaintiff, <br> v. <br> GENERAL CAPACITOR CO. LTD, et al., <br>     Defendants. | Case No. 16-cv-02458-HSG <br><br> **ORDER RE DEFENDANTS' MOTION FOR EXTENSION OF TIME** <br><br> Re: Dkt. No. 136 |

On January 18, 2018, Defendants General Capacitor Company Limited, Jianping Zheng a/k/a Jim Zheng, General Capacitor International, Inc., General Capacitor, LLC, and Wanjun Cao a/k/a Ben Cao (collectively, "Defendants"), filed a motion for extension of time to file a dispositive motion. *See* Dkt. No. 136. In their motion, Defendants request an additional four days beyond the filing deadline to resolve "a technical problem with the electronic filing" of exhibits attached to Defendants' motion. *See id.* at 1; Dkt. No. 57. Absent a more detailed showing, the Court finds that a one-day extension would provide sufficient time for Defendants to correct the filing error. The Court therefore **GRANTS IN PART** Defendants' motion for an enlargement of time to file their dispositive motion, and extends the deadline to file to Friday, January 19, 2018.

**IT IS SO ORDERED.**

Dated: 1/19/18

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge