(Counsel listed on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DVISION

| | |
|---|---|
| In Re General Capacitor | CASE NO. 4:16-cv-02458 HSG |
| | Consolidated with Case No. 17-cv-179 HSG |
| | STIPULATION AND ORDER TO CONTINUE COMMENCEMENT OF TRIAL |

The parties in this case, Enertrode, Inc. ("Enertrode') and Linda Zhong ("Zhong") (together, "the EnerTrode Parties") and General Capacitor Co. Limited., Jianping Zheng aka Jim Zheng, General Capacitor International, Inc., General Capacitor, LLC (together, "General Capacitor") submit this stipulation and proposed order to request a continuance of the commencement of the trial in this matter to a time after August 12, 2018.

WHEREAS trial in this matter is presently scheduled to begin on June 4, 2017 (Dkt. No. 57);

WHEREAS the parties participated in a settlement conference with Magistrate Judge Sallie Kim on April 16, 2018 (Dkt. No. 164);

1

1     WHEREAS the parties did not fully resolve the case, but they did make very significant

2 progress toward that end and they wish to continue settlement efforts through Judge Kim;

3     WHEREAS Judge Kim and the parties have agreed to continue the settlement conference

4 to May 9, 2018, the first available date for all parties (Dkt. No. 165);

5     WHEREAS General Capacitor's Motion for Summary Judgment (Dkt. No. 139) is still

6 before the trial Court, and resolution of this case would obviate the need for the Court to spend

7 resources on a ruling;

8     WHEREAS the parties believe that the goal of settlement would be advanced if they were

9 relieved of the substantial costs of trial preparation before the May 9 settlement conference,

10     WHEREAS the parties have conferred, and can each be available for trial at the earliest on

11 August 13, 2018 in the event that this case does not settle;

12     NOW THEREFORE, the parties respectfully request that this Court continue

13 commencement of trial in this case from June 4, 2018 to any time after August 12, 2018, at the

14 Court's convenience.

16 IT IS SO STIPULATED.

17 Dated: April 20, 2018

19                                     [signatures on next page]

2

In Re General Capacitor
Case No. 16-CV- 2458 HSG                                                               Stipulation and Order
                                                                                         to Continue Trial Date

| | |
|---|---|
| 1 | /s/ Michael W. Battin |
| | Michael W. Batttin, SBN 183870 |
| 2 | Navigato & Battin, LLP |
| | 755 West A Street, Suite 150 |
| 3 | San Diego, CA 92101 |
| 4 | Attorney for Plaintiff |
| | ENERTRODE, INC. and Counter-defendant |
| 5 | LINDA ZHONG |

/s/ Michael W. Battin
Michael W. Batttin, SBN 183870
Navigato & Battin, LLP
755 West A Street, Suite 150
San Diego, CA  92101

Attorney for Plaintiff
ENERTRODE, INC. and Counter-defendant
LINDA ZHONG

/s/ Perry J. Narancic
Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA  94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

/s/ Charles T. (Chris) Compton
Charles T. (Chris) Compton, SBN 56776
COMPTON ANTITRUST LAW OFFICE
3 Franciscan Ridge
Portola Valley, CA  94028
ctc.compton@gmail.com
Tel: 650-714-8556

/s/ G. Donovan Conwell
G. Donovan Conwell, Jr.
Florida Bar No.: 0371319
CONWELL BUSINESS LAW, LLLP
*Pro Hac Vice*
12610 Race Track Road, Suite 200
Tampa, FL 33626
Tel. (813) 282-8000
Fax: (813) 855-2631
dconwell@ConwellBusinessLaw.com
eservice@ConwellBusinessLaw.com

Attorneys for all Defendants
GENERAL CAPACITOR CO. LIMITED.,
JIANPING ZHENG aka JIM ZHENG,
GENERAL CAPACITOR
INTERNATIONAL, INC., GENERAL
CAPACITOR, LLC

ORDER

GOOD CAUSE appearing therefore, the commencement of trial in this matter is continued to August 13, 2018 at 8:30 a.m. The pretrial conference will be held on July 17, 2018 at 3:00 p.m.

IT IS SO ORDERED.

DATE: April 23, 2018

By: /s/ Haywood S. Gilliam, Jr.

Hon. Haywood S. Gilliam, Jr.
United States District Judge