(Counsel Listed on Signature Pages)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re General Capacitor | CASE NO.: 16-cv-2458-HSG<br>Consolidated with Case No. 17-cv-179-HSG<br><br>**STIPULATION AND [PROPOSED]<br>ORDER SETTING BRIEFING<br>SCHEDULE AND REQUESTING<br>HEARING DATE**<br><br>JURY TRIAL DEMANDED<br><br>Hon. Haywood Gilliam |

IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, that the Court set a briefing schedule and hearing date for the parties' *Daubert* motions in this case, which the parties plan to file on July 6, 2018.

Under the Court's normal briefing/hearing schedule, those motions would be heard at least 35 days from the date of filing. However, trial is set to begin in this case on August 13, 2018.

1

In Re General Capacitor  4:16-cv-02458 HSG
Stipulation and [Proposed] Order re *Daubert* Motions

To help assure an orderly trial process, the parties request an early hearing on these motions prior to the start of trial, with abbreviated briefing due dates for oppositions and replies of 7 days each.

Respectfully submitted,

Dated: July 6, 2018

By: /s/ *Perry J. Narancic*

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

*Attorneys for GENERAL CAPACITOR, LTD., GENERAL CAPACITOR, ITL., GENERAL CAPACITOR, LLC, JIANPING ZHENG AND WANJUN CAO*

By: /s/ *Michael W. Battin*

Michsel W. Battin (SBN 183870)
NAVIGATO & BATTIN, LLP
755 West A Street, Suite 150
San Diego, California 92101
Tel: (619) 233-5365
Fax (619) 233-3268

*Attorney for ENERTRODE, INC. and LINDA ZHONG*

## [~~PROPOSED~~] ORDER

Having read the stipulation of the parties, and good cause appearing therefore, the following schedule is ordered:

All anticipated *Daubert* motions to be filed no later than: July 6, 2018

All Oppositions to *Daubert* motions due: July 13, 2018

All Replies to *Daubert* Motions due: July 20, 2018

Timing of the hearings will be discussed at the pretrial.

DATED: 7/11/2018

Hon. Haywood S. Gilliam, Jr.
United Sates District Court Judge