(Counsel Listed on Signature Pages)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In Re General Capacitor | CASE NO.: 16-cv-2458-HSG<br>Consolidated with Case No. 17-cv-179-HSG |
|---|---|
| | **STIPULATION AND ORDER DISMISSING CERTAIN CLAIMS** |
| | Trial: November 13, 2018 |
| | Hon. Haywood S. Gilliam, Jr. |

The parties in this case, General Capacitor Co. Limited., Jianping Zheng aka Jim Zheng, General Capacitor International, Inc., General Capacitor, LLC (together "General Capacitor"), and Linda Zhong, have agreed to dismiss the claims set forth below:

1. Linda Zhong hereby dismisses, with prejudice, her claim for Conversion as set forth in Count III of her Counterclaim at Dkt. No. 95;

1

2. General Capacitor hereby dismiss, with prejudice, their claims for Common Law Misappropriation (being Count VIII of their Amended Counterclaim at Dkt. No. 91) and Unfair Competition (being Count IX of their Amended Counterclaim at Dkt. 91).

Respectfully submitted,

Dated: July 18, 2018

By: /s/ *Perry J. Narancic*

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

*Attorneys for GENERAL CAPACITOR, LTD., GENERAL CAPACITOR, ITL., GENERAL CAPACITOR, LLC, JIANPING ZHENG AND WANJUN CAO*

By: /s/ *Michael W. Battin*

Michsel W. Battin (SBN 183870)
NAVIGATO & BATTIN, LLP
755 West A Street, Suite 150
San Diego, California 92101
Tel: (619) 233-5365
Fax (619) 233-3268

*Attorney for ENERTRODE, INC. and LINDA ZHONG*

## ATTESTATION OF CONCURRENCE

I, Perry Narancic, hereby attest that I am one of the attorneys for the Defendants, and as the ECF user and filer of this document, I attest that, pursuant to Civil L.R. 5-1(i)(3) concurrence in the filing of this document has been obtained from the above signatory.

Dated: July 18, 2018                    By:    */s/ Perry Narancic*
                                               Perry Narancic

**ORDER**

Having read the stipulation of the parties, and good cause appearing therefore, the following schedule is ordered:

1. Linda Zhong's claim for Conversion as set forth in Count III of her Counterclaim at Dkt. No. 95 is dismissed with prejudice.

2. General Capacitor's claims for Common Law Misappropriation (being Count VIII of their Amended Counterclaim at Dkt. No. 91) and Unfair Competition (being Count IX of their Amended Counterclaim at Dkt. 91) are dismissed with prejudice.

DATED: July 20, 2018

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge