(Counsel Listed on Signature Pages)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In Re General Capacitor | CASE NO.: 16-cv-2458-HSG<br>Consolidated with Case No. 17-cv-179-HSG<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND REQUESTING HEARING DATE**<br><br>Trial: November 13, 2018<br><br>Hon. Haywood S. Gilliam, Jr. |

The Parties hereto stipulate as follows:

WHEREAS a hearing on this matter was held on Tuesday July 17, 2018;

WHEREAS it was ordered that the trial in this matter be continued to November 13, 2018;

WHEREAS the Court asked the parties to meet and confer on hearing and briefing dates on various matters, including briefing dates for their respective motions for sanctions re: spoliation;

WHEREAS a further case management conference has been set for August 10, 2018, and the Parties wish to fully brief their respective motions before that conference;

1

NOW, it is hereby stipulated by and between the undersigned, subject to the approval of the Court, that the Court set a briefing schedule and hearing dates as follows:

Any motion for sanctions for spoliation shall be filed no later than July 26, 2018.

Any Oppositions to any such sanctions motions shall be filed no later than August 2, 2018

All Replies to any such sanctions motions shall be filed no later than August 9, 2018.

In addition, the Parties have stipulated that any replies to the Parties' pending *Daubert* motions (previously due on July 20, pursuant to Dkt. No. 200) shall filed no later than July 23, 2018.

Respectfully submitted,

Dated: July 18, 2018

By: /s/ *Perry J. Narancic*

Perry J. Narancic, SBN 206820
LEXANALYTICA, PC
2225 E. Bayshore Road, Suite 200
Palo Alto, CA 94303
www.lexanalytica.com
pjn@lexnalytica.com
Tel: 650-655-2800

*Attorneys for GENERAL CAPACITOR, LTD., GENERAL CAPACITOR, ITL., GENERAL CAPACITOR, LLC, JIANPING ZHENG AND WANJUN CAO*

By: /s/ *Michael W. Battin*

Michael W. Battin (SBN 183870)
NAVIGATO & BATTIN, LLP
755 West A Street, Suite 150
San Diego, California 92101
Tel: (619) 233-5365
Fax (619) 233-3268

*Attorney for ENERTRODE, INC. and LINDA ZHONG*

## ATTESTATION OF CONCURRENCE

I, Perry Narancic, hereby attest that I am one of the attorneys for the Defendants, and as the ECF user and filer of this document, I attest that, pursuant to Civil L.R. 5-1(i)(3) concurrence in the filing of this document has been obtained from the above signatory.

Dated: July 18, 2018                 By:    */s/ Perry Narancic*
                                                          Perry Narancic

**ORDER**

Having read the stipulation of the parties, and good cause appearing therefore, the following schedule is ordered:

Any motion for sanctions for spoliation shall be filed no later than July 26, 2018.

Any Oppositions to any such sanctions motion shall be filed no later than August 2, 2018

All Replies to any such sanctions motions shall be filed no later than August 9, 2018.

In addition, any replies to the Parties' pending *Daubert* motions shall filed no later than July 23, 2018.

DATED: July 20, 2018

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge