(Counsel Listed on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re General Capacitor | CASE NO. 4:16-cv-02458 HSG |
| | Consolidated with Case No. 17-cv-179-HSG |
| | ORDER ON DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION TO APPEAR BY PHONE |

Having considered Defendants' Administrative Motion to Appear by Phone, and good cause appearing therefore, the Defendants' motion is GRANTED. Defendants' Florida counsel may make arrangements with the Court to appear at the further Pre-Trial Conference set for October 30, 2018. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

1

In Re General Capacitor
Case No. 16-CV- 2458 HSG                Order on Administrative Motion to Appear By Phone

IT IS SO ORDERED.

DATE: October 29, 2018

By: *Haywood S. Gilliam, Jr.*

Hon. Haywood S. Gilliam, Jr.
United States District Judge