UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERTRODE, INC., | Case No.16-cv-02458-HSG |
| Plaintiff, | |
| v. | **ORDER FOR JURY REFRESHMENTS** |
| GENERAL CAPACITOR CO. LTD, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the 8 members of the jury in the above-entitled matter beginning **November 14, 2018 at 7:30 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 2, 4th Floor (Oakland), Ronald Dellums Federal Building, 1301 Clay Street, Oakland, CA 94612.

IT IS SO ORDERED.

Dated: November 6, 2018

HAYWOOD S. GILLIAM, JR.
United States District Judge