UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERTRODE, INC., <br> Plaintiff, <br> v. <br> GENERAL CAPACITOR CO. LTD, et al., <br> Defendants. | Case No. 16-cv-02458-HSG <br><br> **ORDER REGARDING REVISED JOINT FILING ON DISPUTED CITATIONS TO EVIDENCE** <br><br> Re: Dkt. No. 279 |

On November 8, 2018, the parties submitted a joint filing regarding disputed deposition testimony designations. *See* Dkt. No. 279.[1] Having considered the parties' arguments, the Court rules on the admissibility of the deposition designations as follows[2]:

| RELATED EXHIBIT | DEPONENT | DESIGNATION | RULING |
|---|---|---|---|
| Ex. 1 | Lewis, Darrell | 12:23–14:12 | Objection overruled |
| Ex. 2 | Lewis, Darrell | 51:04–21 | Objection overruled |
| Ex. 3 | Lewis, Darrell | 84:03–85:10 | Objections overruled |
| Ex. 4 | Lewis, Darrell | 89:07–15 | Objections overruled |
| Ex. 6 | Lewis, Darrell | 95:04–101:01 | Objection overruled |
| Ex. 7 | Lewis, Darrell | 101:02–20 | Objection overruled |
| Ex. 9 | Lewis, Darrell | 102:17–24 | Objection overruled |
| Ex. 10 | Lewis, Darrell | 102:25–103:05 | Objections overruled |

---

[1] Attachments to the joint filing were submitted on November 9, 2018. *See* Dkt. Nos. 280–81.
[2] The Court does not address withdrawn designations or objections. Nor does the Court address uncontested counter-designations.

| Ex. 11 | Lewis, Darrell | 103:10–104:14 | Objection overruled |
|---|---|---|---|
| Ex. 12 | Lewis, Darrell | 105:02–106:13 | Overruled as to foundation objection. Sustained as to hearsay testimony. |
| Ex. 14 | Lewis, Darrell | 114:04–115:13 | Objections overruled |
| Ex. 15 | Lewis, Darrell | 115:18–116:04 | Objection overruled |
| Ex. 18 | Lewis, Darrell | 135:19–22 | Objections overruled |
| Ex. 19 | Lewis, Darrell | 147:24–149:03 | Objections overruled |
| Ex. 21 | Zhao, Wei | 23:04–22 | Cross-designation approved |
| Ex. 22 | Zhao, Wei | 24:07–17 | Objection overruled |
| Ex. 24 | Zhao, Wei | 77:10–13 | Objection overruled |
| Ex. 25 | Zhao, Wei | 85:24–86:12 | Objections overruled |
| Ex. 27 | Zhao, Wei | 98:15–99:03 | Objections overruled |
| Ex. 28 | Zhao, Wei | 106:25–107:17 | Overruled as to both foundation and hearsay objections. For hearsay objection: Not offered for the truth of the matter asserted, but subject to a limiting instruction |
| Ex. 29 | Zhao, Wei | 119:24–120:05 | Overruled as to both relevance and hearsay objections. For hearsay objection: Not offered for the truth of the matter asserted, but subject to a limiting instruction. |
| Ex. 30 | Zhao, Wei | 134:09–139:22 | Overruled. To the extent out-of-court statements are attributable to Zhong, those are opposing party's statements, which are not hearsay. *See* FRE 801(d)(2). To the extent out-of-court statements are attributable to others, Plaintiffs did not provide particularized hearsay objections. |
| Ex. 31 | Zhao, Wei | 142:19–144:12 | Objections overruled |
| Ex. 32 | Zhao, Wei | 145:01–146:15 | Objections overruled |
| Ex. 33 | Zhao, Wei | 146:21–147:14 | Objection overruled |
| Ex. 35 | Zhao, Wei | 150:22–151:17 | As to the relevance objection, the parties appear to agree on the exclusion of "[c]ounsel banter." Overruled as to the |

| | | | hearsay objection: Not offered for the truth of the matter asserted, but subject to a limiting instruction. |
|---|---|---|---|
| Ex. 36 | Zhao, Wei | 151:18–152:09 | Objections overruled |
| Ex. 37 | Zhao, Wei | 153:21–154:04 | Overruled: Not offered for the truth of the matter asserted, but subject to a limiting instruction. |
| Ex. 38 | Zhao, Wei | 154:05–155:25 | Objection overruled |
| Ex. 39 | Zhong, Linda | 289:06–10 | Overruled as to both non-responsive and hearsay objections. For hearsay objection: Not offered for the truth of the matter asserted, but subject to a limiting instruction. |
| Ex. 40 | Zhong, Linda | 429:11–13 | Cross-designation approved |
| Ex. 41 | Zhong, Linda | 519:16–520:6 | Cross-designation approved |

**IT IS SO ORDERED.**

Dated: 11/10/2018

_Haywood S. Gill Jr._
HAYWOOD S. GILLIAM, JR.
United States District Judge

3