UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERTRODE, INC., <br> Plaintiff, <br> v. <br> GENERAL CAPACITOR CO. LTD, et al., <br> Defendants. | Case No. 16-cv-02458-HSG <br> **ORDER REGARDING MOTION TO CORRECT FILING ERROR** <br> Re: Dkt. No. 286 |

On November 8, 2018, the parties submitted a joint filing regarding disputed deposition testimony designations. *See* Dkt. No. 279.[1] On November 10, 2018, the Court ruled on the admissibility of deposition designations identified in the joint filing. *See* Dkt. No. 283. On November 11, 2018, Defendants submitted this motion, asking the Court to rule on additional disputed deposition designations, which the parties unintentionally omitted from the November 8, 2018 joint filing. *See* Dkt. No. 286. According to Defendants, Plaintiffs do not object to the Court's consideration of this motion. *Id.* at 2.

Having considered the parties' arguments, the Court rules on the admissibility of the additional deposition designations as follows[2]:

| RELATED EXHIBIT | DEPONENT | DESIGNATION | RULING |
|---|---|---|---|
| Ex. 1.1 | Lewis, Darrell | 19:05–24 | Objection overruled |
| Ex. 2.1 | Lewis, Darrell | 20:20–34:19 | Objection overruled |
| Ex. 4.1 | Lewis, Darrell | 73:06–74:11 | Objection overruled |
| Ex. 5.1 | Lewis, Darrell | 154:09–17 | Objection overruled. The parties are directed to meet and confer regarding the |

---

[1] Attachments to the joint filing were submitted on November 9, 2018. *See* Dkt. Nos. 280–81.
[2] The Court does not address withdrawn designations or objections.

| | | | |
|---|---|---|---|
| | | | admissibility of Defendants' proposed cross-designation—150:9–152:2—the pages for which the parties did not provide the Court for consideration. |
| Ex. 6.1 | Zhao, Wei | 23:13–22 | Objections overruled |
| Ex. 7.1 | Zhao, Wei | 32:17–21 | Objection overruled |
| Ex. 8.1 | Zhao, Wei | 33:14–34:01 | Objection overruled |
| Ex. 9.1 | Zhao, Wei | 51:25–54:07 | Overruled as to relevance objection. Sustained as to hearsay objection. |
| Ex. 10.1 | Zhao, Wei | 75:25–76:17 | Objection overruled. It appears there is no dispute that the testimony is only relevant to spoliation. |
| Ex. 11.2 | Zhao, Wei | 105:08–20 | Objections overruled |
| Ex. 12.1 | Zhao, Wei | 106:25–107:17 | The Court previously ruled that this testimony is admissible, but subject to a limiting instruction because the testimony is not offered for the truth of the matter asserted. *See* Dkt. No. 283, at 2. |
| Ex. 13.1 | St. John, Robert | 13:19–14:11 | Objection overruled |
| Ex. 14.1 | St. John, Robert | 28:14–29:05 | Objections overruled |
| Ex. 15.1 | St. John, Robert | 30:17–31:06 | Objections overruled |
| Ex. 16.1 | St. John, Robert | 40:01–07 | Objection overruled |
| Ex. 17.1 | St. John, Robert | 41:21–42:13 | Objection overruled |
| Ex. 18.1 | St. John, Robert | 42:16–43:25 | Objection sustained |
| Ex. 19.1 | St. John, Robert | 48:12–18 | Objections overruled |

**IT IS SO ORDERED.**

Dated: November 12, 2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge