UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERTRODE, INC.,<br><br>   Plaintiff,<br><br> v.<br><br>GENERAL CAPACITOR CO. LTD, et al.,<br><br>   Defendants. | Case No. 16-cv-02458-HSG<br><br>**VERDICT FORM**<br><br>Trial Date: November 13, 2018<br>Ctrm:  Courtroom 2 — 4th Floor |

1

WE, THE JURY IN THE ABOVE-ENTITLED ACTION, unanimously find the following on the questions submitted to us:

# **CLAIMS OF LINDA ZHONG AND/OR ENERTRODE, INC.**

### I. BREACH OF CONTRACT
### ENERTRODE, INC. v. GENERAL CAPACITOR INTERNATIONAL, INC., GENERAL CAPACITOR CO. LTD.

1. **Is General Capacitor International, Inc. or General Capacitor Co. Ltd. liable for breaching the Technology License and Service Agreement?**

   As to GENERAL CAPACITOR INTERNATIONAL, INC.:  Yes    No
   As to GENERAL CAPACITOR CO. LTD.:              Yes    No

   If your answer to Question 1 is "Yes" as to either or both defendants, **please answer Question 2.**

   If you answered "No" for both defendants, **go to II. Inducing Breach of Contract – ENERTRODE, INC. v. ZHENG, GENERAL CAPACITOR LLC**, Question 1.

2. **What are the damages to Enertrode, Inc.?**

   $ _____

## II. INDUCING BREACH OF CONTRACT
## ENERTRODE, INC. v. ZHENG, GENERAL CAPACITOR LLC

1. **Is Jianping "Jim" Zheng or General Capacitor LLC liable for inducing the breach of the Technology License and Service Agreement?**

   As to JIANPING "JIM" ZHENG:              Yes    No
   As to GENERAL CAPACITOR LLC:            Yes    No

   If your answer to Question 1 is "Yes" as to either or both defendants, **then answer Question 2.**

   If you answered "No" to both defendants, **go to III. BREACH OF CONTRACT – ZHONG v. GENERAL CAPACITOR INTERNATIONAL, INC., GENERAL CAPACITOR CO. LTD.**, Question 1.

2. **What are the damages to Enertrode, Inc.?**

   $ _____

1

# III. BREACH OF CONTRACT
## ZHONG v. GENERAL CAPACITOR INTERNATIONAL, INC., GENERAL CAPACITOR CO. LTD.

1. **Is General Capacitor International, Inc. or General Capacitor Co. Ltd. liable for breach of the Linda Zhong employment contract?**

   As to GENERAL CAPACITOR INTERNATIONAL, INC.:   Yes___   No___
   As to GENERAL CAPACITOR CO. LTD.:   Yes___   No___

   If your answer to Question 1 is "Yes" as to either or both defendants, **then answer Question 2.**

   If you answered "No" as to both defendants, **go to IV. MISAPPROPRIATION OF TRADE SECRETS**, Question 1.

2. **What are the damages to Linda Zhong?**

   $ _____

# IV. MISAPPROPRIATION OF TRADE SECRETS
## ZHONG, ENERTRODE, INC. v. GENERAL CAPACITOR INTERNATIONAL, INC., GENERAL CAPACITOR CO. LTD, GENERAL CAPACITOR LLC, ZHENG, CAO

1. **Was Linda Zhong and/or Enertrode, Inc. the owner/licensee of the Li Foil Idea?**

   As to LINDA ZHONG:		Yes	No
   As to ENERTRODE, INC.:	Yes	No

   If your answer to Question 1 is "Yes" as to either or both parties, **then answer Question 2.** If you answered "No" as to both defendants, **stop and go to General Capacitor Claims, I, Breach of Contract.**

2. **Are defendants liable for misappropriation of trade secrets?**

   As to GENERAL CAPACITOR INTERNATIONAL, INC.:	Yes	No
   As to GENERAL CAPACITOR CO. LTD.:			Yes	No
   As to GENERAL CAPACITOR LLC:				Yes	No
   As to JIANPING "JIM" ZHENG:				Yes	No
   As to WANJUN "BEN" CAO:					Yes	No

   If your answer to Question 2 is "Yes" for at least one defendant, **then answer Question 3.** If you answered "No" to ALL defendants listed in Question 2, **stop and go to General Capacitor Claims, I, Breach of Contract.**

3. **What are Linda Zhong and/or Enertrode, Inc.'s damages?**

   $ _____

   If you found damages in Question 3, **go to Question 4**. If you found no damages, **stop and go to General Capacitor Claims, I, Breach of Contract.**

4. **Did Defendants act willfully and maliciously in misappropriating trade secrets?**

   As to GENERAL CAPACITOR INTERNATIONAL, INC.:	Yes	No
   As to GENERAL CAPACITOR CO. LTD.:			Yes	No
   As to GENERAL CAPACITOR LLC:				Yes	No
   As to JIANPING "JIM" ZHENG:				Yes	No
   As to WANJUN "BEN" CAO:					Yes	No

# CLAIMS OF GENERAL CAPACITOR

## I. BREACH OF EMPLOYMENT CONTRACT
### GENERAL CAPACITOR CO. LTD., GENERAL CAPACITOR INTERNATIONAL, INC. v. ZHONG

1. **Is Zhong liable to General Capacitor Co. Ltd. for breach of her employment contract?**

   \_\_\_\_\_ Yes  \_\_\_\_\_ No

   **Go to Question 2.**

2. **Is Zhong liable to General Capacitor International, Inc. for breach of her employment contract?**

   \_\_\_\_\_ Yes  \_\_\_\_\_ No

   If your answer to question 1 or 2 is **yes**, **then answer questions 3.**
   If you answered no to questions 1 and 2**, go to II. Fraud in the Inducement**, question 1.

3. **What are the damages?**

   **$ _____**

## II. FRAUD IN THE INDUCEMENT
## GENERAL CAPACITOR CO. LTD., GENERAL CAPACITOR INTERNATIONAL, INC. v. ZHONG, ENERTRODE, INC.

1. **Is Zhong liable to General Capacitor Co. Ltd. for fraud in the inducement?**

   \_\_\_\_\_ Yes   \_\_\_\_\_ No

2. **Is Zhong liable to General Capacitor International, Inc. for fraud in the inducement?**

   \_\_\_\_\_ Yes   \_\_\_\_\_ No

3. **Is Enertrode, Inc. liable to General Capacitor Co. Ltd. for fraud in the inducement?**

   \_\_\_\_\_ Yes   \_\_\_\_\_ No

4. **Is Enertrode, Inc. liable to General Capacitor International, Inc. for fraud in the inducement?**

   \_\_\_\_\_ Yes   \_\_\_\_\_ No

   If your answer to question 1, 2, 3, or 4 is **yes, then answer question 5.**
   If you answered **no to each of 1, 2, 3, and 4 then go to III. Breach of Fiduciary Duty**, question 1.

5. **What are the damages as to Zhong?**

   $ _____

6. **What are the damages as to Enertrode, Inc.?**

   $ _____

7. **Did Zhong act willfully, wantonly or with reckless disregard of the rights of General Capacitor Co. Ltd. or General Capacitor International, Inc.?**

   \_\_\_\_\_ Yes   \_\_\_\_\_ No

   If your answered yes to question 7, **then answer question 8;**
   If you answered **no, go to III. Breach of Fiduciary Duty**, question 1.

8. **What is the amount of punitive damages that you award against Zhong?**

   $ _____

9. **Did Enertrode, Inc. act willfully, wantonly or with reckless disregard of the rights of General Capacitor Co. Ltd., or General Capacitor International, Inc.?**

   _____ Yes     _____ No

   If your answered yes to question 9, **then answer question 10;**
   If you answered **no, go to III. Breach of Fiduciary Duty**, question 1.

10. **What is the amount of punitive damages that you award against Enertrode, Inc.?**

    $ _____

# III. BREACH OF FIDUCIARY DUTY
## GENERAL CAPACITOR CO. LTD, GENERAL CAPACITOR INTERNATIONAL, INC., GENERAL CAPACITOR LLC v. ZHONG

1. **Is Zhong liable to General Capacitor Co. Ltd. for breach of fiduciary duty?**

   \_\_\_\_ Yes     \_\_\_\_ No

2. **Is Zhong liable to General Capacitor International, Inc. for breach of fiduciary duty?**

   \_\_\_\_ Yes     \_\_\_\_ No

3. **Is Zhong liable to General Capacitor LLC for breach of fiduciary duty?**

   \_\_\_\_ Yes     \_\_\_\_ No

   If your answer to question 1, 2 or 3 is **yes**, **then answer question 4.**
   If your answers to question 1, 2 and 3 are all **no**, **then go to IV Tortious Interference**, question 1.

4. **What are the damages you award against Zhong?**

   $ _____

   If you answered **yes to 1, 2 or 3, and you awarded damages, then go to Question 5.**

5. **Did Zhong act willfully, wantonly or with reckless disregard of the rights of General Capacitor Co. Ltd., General Capacitor International, Inc., or General Capacitor LLC?**

   \_\_\_\_ Yes     \_\_\_\_ No

   If your answer to question 5 is **yes**, **then answer question 6.**

6. **What is the amount of punitive damages that you award against Zhong?**

   $ _____

# IV. TORTIOUS INTERFERENCE
## GENERAL CAPACITOR CO. LTD., GENERAL CAPACITOR INTERNATIONAL, INC., GENERAL CAPACITOR LLC v. ZHONG, ENERTRODE, INC.

1. **Is Zhong liable for tortious interference with contractual relations?**

   _____ Yes      _____ No

2. **Is Zhong liable for tortious interference with prospective economic relations?**

   _____ Yes      _____ No

3. **Is Enertrode, Inc. liable for tortious interference with contractual relations?**

   _____ Yes      _____ No

4. **Is Enertrode, Inc. liable for tortious interference with prospective economic relations?**

   _____ Yes      _____ No

   If your answer to any of each of questions 1, 2, 3 or 4 is **yes**, **then answer question 5.**
   If you answered **no to all of questions 1, 2, 3 and 4, go to V. Misappropriation of Trade Secrets,** question 1.

5. **What are the damages of General Capacitor Co. Ltd., General Capacitor, International, Inc. or General Capacitor LLC?**

   $ _____

6. **Did Zhong act willfully, wantonly or with reckless disregard of the rights of General Capacitor Co. Ltd., General Capacitor International, Inc. or General Capacitor LLC?**

   _____ Yes      _____ No

   If your answer to question 6 is **yes**, **then answer question 7.**
   If you answered **no, go to V. Misappropriation of Trade Secrets**, question 1.

7. **What is the amount of punitive damages that you award against Zhong?**

   $ _____

8. **Did Enertrode, Inc. act willfully, wantonly or with reckless disregard of the rights of General Capacitor Co. Ltd., General Capacitor International, Inc. or General Capacitor LLC?**

   _____ Yes      _____ No

   If your answer to question 8 is **yes**, **then answer question 9.**
   If you answered **no, go to V. Misappropriation of Trade Secrets**, question 1.

9. **What is the amount of punitive damages that you award against Enertrode, Inc.?**

   $ _____

# V. MISAPPROPRIATION OF TRADE SECRETS
## GENERAL CAPACITOR LLC, GENERAL CAPACITOR INTERNATIONAL, INC. v. ZHONG, ENERTRODE, INC.

1.  **Is Zhong liable to General Capacitor LLC for misappropriation of trade secrets?**

    _____ Yes       _____ No

2.  **Is Zhong liable to General Capacitor International, Inc. for misappropriation of trade secrets?**

    _____ Yes       _____ No

3.  **Is Enertrode, Inc. liable to General Capacitor LLC for misappropriation of trade secrets?**

    _____ Yes       _____ No

4.  **Is Enertrode, Inc. liable to General Capacitor International, Inc. for misappropriation of trade secrets?**

    _____ Yes       _____ No

    If your answer to questions 1, 2, 3 or 4 is **yes**, **then answer question 5.**
    If you answered **no to each of questions 1, 2, 3 and 4, go to VI. Civil Theft**, question 1.

5.  **What are the damages?**

    $ _____

    If you found damages**, then go to question 6.**

6.  **Did Zhong act willfully and maliciously in misappropriating trade secrets?**

    _____ Yes       _____ No

7.  **Did Enertrode, Inc. act willfully and maliciously in misappropriating trade secrets?**

    _____ Yes       _____ No

# VI. CIVIL THEFT
## GENERAL CAPACITOR LLC, GENERAL CAPACITOR INTERNATIONAL, INC. v. ZHONG AND ENERTRODE, INC.

1. **Is Zhong liable for civil theft as to General Capacitor LLC?**

   \_\_\_\_\_ Yes    \_\_\_\_\_ No

2. **Is Zhong liable for civil theft as to General Capacitor International, Inc.?**

   \_\_\_\_\_ Yes    \_\_\_\_\_ No

3. **Is Enertrode, Inc. liable for civil theft as to General Capacitor LLC?**

   \_\_\_\_\_ Yes    \_\_\_\_\_ No

4. **Is Enertrode, Inc. liable for civil theft as to General Capacitor International, Inc.?**

   \_\_\_\_\_ Yes    \_\_\_\_\_ No

   If your answer to question 1, 2, 3 or 4 is **yes**, **then answer question 5.**
   If you answered **no to all of 1, 2, 3 and 4, go to VII. Computer Abuse and Data Recovery Act**, question 1.

5. **What are the damages?**

   $ _____

# VII. COMPUTER ABUSE AND DATA RECOVERY ACT
## GENERAL CAPACITOR CO. LTD., GENERAL CAPACITOR LLC, GENERAL CAPACITOR INTERNATIONA, INC. v. ZHONG, ENERTRODE, INC.

1. **Is Zhong liable for violating the Computer Abuse and Data Recovery Act?**

   _____ Yes      _____ No

2. **Is Enertrode, Inc. liable for violating the Computer Abuse and Data Recovery Act?**

   _____ Yes      _____ No

   If your answer to question 1 or 2 is **yes**, **then answer question 3.**
   If you answered **no to both 1 and 2, go to VIII. Breach of TLSA Contract,** question 1.

3. **What are the damages to General Capacitor Co. Ltd., General Capacitor LLC, and General Capacitor International, Inc.?**

   $ _____

# VIII. BREACH OF TLSA CONTRACT
## GENERAL CAPACITOR INTERNATIONAL, INC., GENERAL CAPACITOR CO. LTD v. ENERTRODE, INC.

1. **Is Enertrode, Inc. liable for breach of the TLSA contract as to General Capacitor International, Inc.?**

   _____ Yes      _____ No

2. **Is Enertrode, Inc. liable for breach of the TLSA contract as to General Capacitor Co. Ltd.?**

   _____ Yes      _____ No

   If your answer to question 1 or 2 is **yes**, **then answer question 3.**
   If you answered **no, go to the bottom of the page and sign the verdict form.**

3. **What are the damages?**

   $ _____

When this Special Verdict Form is completed, the jury foreperson shall sign and date the form below:

_____        _____
(Signature of jury foreperson)                                   (Date form completed)