UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENERTRODE, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GENERAL CAPACITOR CO. LTD, et al.,<br><br>    Defendants. | Case No. 16-cv-02458-HSG<br><br>**FINAL JUDGMENT** |

In accordance with the jury's verdict in this matter, as rendered on December 10, 2018 and as memorialized in the Verdict Form, the Court enters final judgment as follows:

1. ENERTRODE, INC. shall have and recover from GENERAL CAPACITOR INTERNATIONAL, INC. and GENERAL CAPACITOR CO. LTD., jointly and severally, the amount of **$12,293.61**.
2. LINDA ZHONG shall have and recover from GENERAL CAPACITOR INTERNATIONAL, INC. and GENERAL CAPACITOR CO. LTD., jointly and severally, the amount of **$2,362,500.00**.
3. LINDA ZHONG and ENERTRODE, INC. shall have and recover from GENERAL CAPACITOR INTERNATIONAL, INC., GENERAL CAPACITOR CO. LTD., GENERAL CAPACITOR, LLC, JIANPING ZHENG, and WANJUN CAO, jointly and severally, the amount of **$247,474.00**
4. JIANPING ZHENG acted willfully and maliciously in misappropriating Plaintiffs' trade secrets.

//

//

5. GENERAL CAPACITOR INTERNATIONAL, INC., GENERAL CAPACITOR CO. LTD., and GENERAL CAPACITOR LLC shall take nothing on their claims and counterclaims.

**IT IS SO ORDERED.**

Dated: 1/30/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge