1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENERTRODE, INC.,

              Plaintiff,

       v.

GENERAL CAPACITOR CO. LTD, et al.,

              Defendants.

Case No. 16-cv-02458-HSG

**ORDER DENYING MOTIONS FOR JUDGMENT AS A MATTER OF LAW AS MOOT**

Dkt. Nos. 318, 358

On January 30, 2019, the Court entered final judgment memorializing the jury's verdict. Dkt. No. 384. Because the Court did not grant either party's motion for judgment as a matter of law under Rule 50(a) before submitting the case to the jury subject to the court's later deciding the legal questions raised, Fed. R. Civ. P. 50(b), the pre-verdict motions are now moot and thus **DENIED**. *See* Dkt. Nos. 318, 358.

Under Federal Rule of Civil Procedure 50(b), a party may file a renewed motion for judgment as a matter of law and/or for new trial "[n]o later than 28 days after the entry of judgment." Unless otherwise ordered, any renewed motion will be taken under submission on the papers once the briefing is complete.

      **IT IS SO ORDERED.**

Dated: 1/30/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge